No. 92–7308.  NOVENE *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 92–7316.  NIKRASCH *v.* UNITED STATES; and
No. 92–7325.  KELLY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Reported below: 977 F. 2d 593.

No. 92–7322.  FRYE *v.* ROMMELL, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 92–7323.  HALL *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 92–7326.  GAVIRIA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–7327.  COOK *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 92–7329.  JOHNSON, AKA O'NEAL *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 92–7330.  HOLLAND *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 92–7331.  HERNANDEZ *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 92–7332.  HORTON *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 92–7346.  DAWKINS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 92–7351.  MONTOYA *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 92–7354.  ARD *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–32.  SORBOTHANE, INC., ET AL. *v.* MCQUILLAN ET VIR, DBA SORBOTURF ENTERPRISES.  C. A. 9th Cir.  Motion of petitioners for summary reversal denied.  Certiorari denied.